UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF MILLIE ANN MCDANIELS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Case No. 12-202 (RJL) ) ) |
| LIBERTY MUTUAL GROUP INC., | ) ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 31st day of August 2012, it is hereby

**ORDERED** that defendant's Motion to Dismiss [Dkt. # 4] is **GRANTED**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge